No. 477. DIAMOND RUBBER COMPANY OF NEW YORK, PETITIONER, *v.* CONSOLIDATED RUBBER TIRE COMPANY ET AL. Octo-

ber 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Charles K. Offield* for petitioner. *Mr. Charles W. Stapleton, Mr. T. W. Bakewell* and *Mr. F. P. Fish* for respondents.